# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Daedalus Blue, LLC, | ) Civil Action No.: _____ |
| Plaintiff, | ) |
| v. | ) **DEMAND FOR JURY TRIAL** |
| Dropbox, Inc., | ) |
| Defendant. | ) |

## DAEDALUS BLUE, LLC'S CORPORATE DISCLOSURE STATEMENT

NOW COMES the plaintiff, Daedalus Blue, LLC ("Daedalus Blue"), by counsel, pursuant to Fed. R. Civ. P. 7.1 state as follows: Daedalus Blue is not a publicly traded corporation, has no parent corporation, and no manager or member of Daedalus Blue is publicly traded.

Dated: August 30, 2024

Respectfully Submitted,

By: */s/ Stephen B. Brauerman*
Stephen B. Brauerman
Ronald P. Golden III
BAYARD, P.A.
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19899
302-655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Of Counsel*:

Denise M. De Mory
Richard Lin
Michael E. Flynn-O'Brien
Gareth DeWalt
BUNSOW DE MORY LLP

-1-

701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
ddemory@bdiplaw.com
rlin@bdiplaw.com
mflynnobrien@bdiplaw.com
gdewalt@bdiplaw.com

*Counsel for Plaintiff*