IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Daedalus Blue, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>Dropbox, Inc.,<br><br>   Defendant. | Civil Action No.: 1:24-cv-00998-CFC<br><br>**DEMAND FOR JURY TRIAL** |

**DAEDALUS BLUE, LLC'S SUPPLEMENTAL
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Honorable Colm F. Connolly's Standing Order Regarding Disclosure Statements entered April 18, 2022, Daedalus Blue, LLC ("Daedalus Blue"), states as follows: Daedalus Blue is not a publicly traded corporation, has no parent corporation, and no manager or member of Daedalus Blue is publicly traded.

Daedalus Blue further states as follows:

1. The sole member of Daedalus Blue is Daedalus Group LLC ("Daedalus Group"). No publicly-held corporation owns 10% or more of Daedalus Group's stock. No publicly-held corporation owns 10% or more of Daedalus Group's stock.

2. The sole manager and member of Daedalus Group is Ed Gomez.

Dated: September 30, 2024            Respectfully Submitted,

By: */s/ Ronald P. Golden III*
Stephen B. Brauerman
Ronald P. Golden III
BAYARD, P.A.
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19899
302-655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Of Counsel*:

Denise M. De Mory
Richard Lin
Michael E. Flynn-O'Brien
Gareth DeWalt
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
ddemory@bdiplaw.com
rlin@bdiplaw.com
mflynnobrien@bdiplaw.com
gdewalt@bdiplaw.com

*Counsel for Plaintiff*