**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Daedalus Blue, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>Dropbox, Inc.,<br><br>   Defendant. | Civil Action No.: 1:24-cv-00998-CFC<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF DAEDALUS BLUE, LLC'S STATEMENT CONCERNING**
**THIRD PARTY LITIGATION FUNDING AGREEMENTS**

Pursuant to the Court's Standing Order Regarding Third-Party Litigation Funding Arrangements, Plaintiff Daedalus Blue, LLC ("Daedalus Blue") states that it has not entered into any funding arrangement or agreement for the payment of attorneys' fees and/or expenses in this case. Daedalus Blue reserves its rights to object to the use of this information in any proceeding.

Dated: September 30, 2024

                 Respectfully Submitted,

                 By: */s/ Ronald P. Golden III*
                 Stephen B. Brauerman
                 Ronald P. Golden III
                 BAYARD, P.A.
                 600 N. King Street, Suite 400
                 P.O. Box 25130
                 Wilmington, DE 19899
                 302-655-5000
                 sbrauerman@bayardlaw.com
                 rgolden@bayardlaw.com

                 *Of Counsel*:

                 Denise M. De Mory
                 Richard Lin
                 Michael E. Flynn-O'Brien

-2-

Gareth DeWalt
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
ddemory@bdiplaw.com
rlin@bdiplaw.com
mflynnobrien@bdiplaw.com
gdewalt@bdiplaw.com

*Counsel for Plaintiff*