IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAEDALUS BLUE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-998-CFC |
| | ) |
| DROPBOX, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington on this Fifteenth Day of September in 2025, for the reasons stated in the Orders issued earlier this day (D.I. 39; D.I. 40), it is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 33) is ADOPTED IN PART.

2. Defendant's motion to dismiss (D.I. 15) is GRANTED IN PART and DENIED IN PART.

_____
Chief Judge